IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/10/2020
Signature

David Abuelhawa
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6/12/20
Signature

Christino M Adams
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/12/20
Signature

Christine M Adams
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                         *

     Plaintiffs,                                  *

     v.                                           *          Civil Action No.:

HOWARD COUNTY, MARYLAND                            *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                    *
     Defendant
                                                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____          Date: 6/27/2020
Signature

Pfc. Chris Alexander
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date: 6·28·2020
Signature

Lindsay Allen
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

* * * * * * * * * * * * * * * * * *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6·9·2020
Signature

Mark Ambrose
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_Gabriel Arias_                  Date: __8/20/20__
Signature

__GABRIEL ARIAS__
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 06/10/2020
Signature

PATRICK ARNONE
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____       Date: 6/18/2020
Signature

Christopher G. Attanasio
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/12/2020

Signature

Austin-Michael George
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/10/2020
Signature

JUSTIN P. BAKER
Name of Party Plaintiff (please print your name legibly)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　*

　　　　Plaintiffs,　　　　　　　　　　*

　　　　v.　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
　　　　　　　　　　　　　　　　　　*

　　　　Defendant　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____　　　　Date: __6/9/20__
Signature

__Ronald  J.  Baker_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date:__8/21/20__
Signature

___JOSEPH BARBATO___
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____      Date: 7/24/2020

Signature

Mark Baxter

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____                    Date: 8/18/20
Signature

John T. Beamer III
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____     Date:  6 - 17 - 20

Signature

_Jacob G. Bell 4th_____

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/8/2020
Signature

Symchay Bendu
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *          Civil Action No.:

HOWARD COUNTY, MARYLAND                        *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *
    Defendant                                  *

*     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: _7/12/2020_
Signature

_Terrence O. Benn_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 06/10/2020
Signature

Kimberly Bennett
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                              *

    v.                                       *          Civil Action No.:

HOWARD COUNTY, MARYLAND              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                            *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 7/15/2020

_____
Signature

Lance Bergersen
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/9/2020

Signature

Jonathan Berry ID#5540

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *          Civil Action No.:

HOWARD COUNTY, MARYLAND                         *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                  
                                                *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et

seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

Signature

Date: 6/15/2020

_Dharam Bhatt_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____   Date: _06/11/2020_
Signature

_Nicholas P. Bingham_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/17/2020

Brian Bochinski

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                              *

    v.                                       *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                *

                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: _8/05/2020._
Signature

_PFC Blake Bomberger_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____         Date: 6/9/2020
Signature

BRYAN J. BOROWSKI
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

      Plaintiffs,                              *

      v.                                       *      Civil Action No.:

HOWARD COUNTY, MARYLAND                         *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *

      Defendant                                *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____   Date: 6/8/2020
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____  Date: 6/10/2020
Signature

MICHAEL BRADY
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

      Plaintiffs,                                *

      v.                                         *          Civil Action No.:

HOWARD COUNTY, MARYLAND                         *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
      Defendant
                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et

seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

Date: 6|9|2020

Signature

Danie| Branigan  #5505

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.,

              Plaintiffs,

v.

HOWARD COUNTY, MARYLAND
d/b/a HOWARD COUNTY POLICE DEPARTMENT

              Defendant

\*

\*

\*

\*

\*

\*

Civil Action No.:

1:19-cv-02077-CCB

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature _____   Date: 7-27-20

Lt. Matthew C. Brennan
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


Signature                                    Date: JULY 28, 2020

LARRY BRIAN

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　*

　　　　Plaintiffs,　　　　　　　　　　*

　　　　v.　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

　　　　　　　　　　　　　　　　　　*

　　　　Defendant　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　*

*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


_____　　　Date: _08-18-2020_
Signature

_Corey P. Britton_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/13/2020
Signature

_____
Andrew Brown
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                                    *

v.                                                       *          Civil Action No.:

HOWARD COUNTY, MARYLAND          *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                             *
    Defendant                                    *

                                                             *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____          Date: 6|8|20
Signature

_____
Joseph Brown
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/15/2020

John Bunney

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: _06/11/2020_
Signature

_Oliver M. Burgos_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____
Signature

Date: 7/29/20

RUSSELL BURRIS    ID# 5254
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.        *

    Plaintiffs,              *

    v.                    *    Civil Action No.:

HOWARD COUNTY, MARYLAND    *    1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                 *

    Defendant             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____    Date: 06/22/2020
Signature

_____
John Byer
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____    Date: 6/18/2020
Signature

Christopher Calcaterra
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/22/2020

Signature

TONY CAMDEN

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6-8-2020
Signature

JONATHAN C. CAMPBELL
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

     Plaintiffs,                           *

     v.                                    *        Civil Action No.:

HOWARD COUNTY, MARYLAND              *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                             *

     Defendant                             *

                                             *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: _6/15/2020_
Signature

_JAMES P. CAPONE_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____      Date: June 9, 2020
Signature

Jason M. Carberry
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | * Civil Action No.: |
| | * 1:19-cv-02077-CCB |
| HOWARD COUNTY, MARYLAND | * |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6-24-2020

Signature

Bernadette Carrieri

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　*

　　　Plaintiffs,　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
　　　　　　　　　　　　　　　　*
　　　Defendant　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


_____　　Date: 07/09/2020
Signature

DOUG　CATHERMAN
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/9/2020

_____
Signature

Hannah Cerrone
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____  Date: 6/8/2020
Signature

Zachary T Cerrone
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature                                    Date: 6-11-2020

Phillip D. Champagne
Name of Party Plaintiff (please print your name legibly)

301-922-5280

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/29/2020

Signature

David Chesno

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date: _6/12/2020_
Signature

_Christopher T Cheuvront_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date: 6/9/2020
Signature

William Cheuvront
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                         *

v.                                   *       Civil Action No.:

HOWARD COUNTY, MARYLAND              *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                         
                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Thomas P. Claxton_ Date: _28 June 2020_
Signature

_Thomas P. Claxton_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　*

　　　Plaintiffs,　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT　　*

　　　Defendant　　　　　　　　　　*

　　　　　　　　　　　　　　　　　*

*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____　　Date: 7-27-2020
Signature

Shannon T. Cole
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/15/2020
Signature

Eric M Colson
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *  Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | *  1:19-cv-02077-CCB |
| | * |
| Defendant | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


Date: 6/25/2020

Signature

Raymond M. Conner

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: June 24, 2020
Signature

Bradley A. Cornwell
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____        Date: 8/3/2020
Signature

ELIJAH PAUL E. CORTEZ
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____        Date: 6-9-2020
Signature

CRAMER, JAMES W.
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 7/9/20
Signature

MICHELE CRAWFORD
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                    *

    v.                             *          Civil Action No.:

HOWARD COUNTY, MARYLAND              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *

    Defendant                      *

                                   *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


Signature _____          Date: 7|7|20

Shapree Crawford _____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/15/2020

Signature

M Christopher Cromwell 5413

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____      Date: 06/18/2020
Signature

_____Alfred G. Cross_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.            *

     Plaintiffs,                   *

     v.                        *     Civil Action No.:

HOWARD COUNTY, MARYLAND    *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                              *

     Defendant                *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____    Date: _7/31/20_
Signature

_William Gtsail_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/12/2020
Signature

MATHEW DAHLIN
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.     *

     Plaintiffs,     *

    v.     *     Civil Action No.:

HOWARD COUNTY, MARYLAND     *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

     *

     Defendant

     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.

_____     Date: 7-31-2020
Signature

SGT James Daly #5034
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: _June 17, 2020_
Signature

_Albert Davila_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.

_____     Date: __6/14/2020__
Signature

Christopher B Davis
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                  *

                            *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____          Date: _6-9-2020_
Signature

_Clay Davis_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/12/20
Signature

_____Jared Dean_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date: 6-9-2020
Signature

Marc J. Delbusso
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 7/05/2020

Michele Denton

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/8/20

Signature

Russell Craig Diangelo

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/12/2020
Signature

Bryon Dietzel
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/10/20

Signature

AARon DomBrowsky

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *  Civil Action No.: |
| HOWARD COUNTY, MARYLAND | *  1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_John Dorsey 4518_   Date: _6/10/2020_
Signature

_John Mark Dorsey_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____  Date: 6-12-2020
Signature

_____
Name of Party Plaintiff (please print your name legibly)
Sara Jean Dorsey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/9/2020
Signature

PAUL A. DOWNEY
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/11/2020

KENNETH DRUMMOND

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____       Date: 7/13/2020
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *        Civil Action No.:

HOWARD COUNTY, MARYLAND                          *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                 *
    Defendant
                                                 *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

    By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.*  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


_____          Date: 7/6/2020
Signature

Mark Russell Duncan
_____
Name of Party Plaintiff (please print your name legibly)

443 535 7304

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　　*　　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　*　　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
　　　　　　　　　　　　　　　　　　*

　　　Defendant　　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


_____　　　Date: 6/19/2020
Signature

Allison M. Ehart
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.

_____          Date: 6/11/2020
Signature

George E. Ellis
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____        Date: 6/8/2020
Signature

_____JASON A. ELLIS_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                    *

    v.                                             *          Civil Action No.:

HOWARD COUNTY, MARYLAND                        *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *
    Defendant                                      *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and I believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201
et seq. I authorized through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.

_____          Date:_____
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/11/2020
Signature

JASON A ESKRA
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                     *

    v.                              *          Civil Action No.:

HOWARD COUNTY, MARYLAND               *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                      *
    Defendant                       *

                                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Jal A. Falbo_                        Date: _6/9/2020_
Signature

_John Anthony Falbo_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/11/20
Signature

_____Alison Chavez Falconer_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 7/19/2020
Signature

Erica Farley
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/15/2020

Carly Dorsey Ferrell

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____
Signature

Date: 7/27/2020

PAUL S. FISCELLA
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Keith E. Fisher                Date: 1/14/20
Signature

Keith E. Fisher SR.
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *     Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | *     1:19-cv-02077-CCB |
| | * |
| Defendant | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____      Date: _6/11/2020_
Signature

_James Flynn_____
Name of Party Plaintiff (please print your name legibly)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

If you were employed by the <u>Howard County Police Department</u> as a Police Sergeant, Police Lieutenant, Police Officer (Probationary), Police Officer, Police Officer First Class, and/or Police Corporal, currently or previously, and worked overtime hours at any time from July 16, 2017 through the present, this notice is to inform you that you may be eligible for reimbursement of overtime under the Fair Labor Standards Act (FLSA). This applies to both current sworn police officers and retired officers who were employed and worked overtime during the applicable time period.

In July 2019, two current Howard County police officers (PFC Manuel Rodriguez and Sgt. Christopher Stavrou) and one retired officer (Penelope Camp) filed a suit in the United States District Court for the District of Maryland seeking payment of unpaid overtime under the FLSA. The suit is *Manuel Rodriguez, et al v. Howard County*, Maryland, case number 19-cv-2077-CCB.

The United States District Court for the District of Maryland has authorized this notice and entered an order allowing this case to initially proceed as a "collective action." If you are entitled to payment of FLSA overtime, the purpose of this Notice is to advise you of the way to "opt in" to be included in the collective action and to potentially be awarded an award of unpaid FLSA overtime.

The Howard County Government seeks an expeditious resolution of this lawsuit and wants to pay FLSA overtime wages to all employees who are owed them. Both parties encourage all Howard County police officers who might be eligible to receive an award of FLSA overtime to consider "opting in" as part of the collective action.

IF YOU WANT TO "OPT-IN" TO THE LAWSUIT: Complete and return the enclosed "Opt-In" Consent Form by August 4, 2020, using the instructions listed below. By "opting-in," you will be part of the collective action currently pending in federal court and may be eligible to receive an award of unpaid FLSA overtime and possibly other monetary damages. By "opting-in," you agree that your rights to FLSA overtime would be determined in this collective action and that you will not pursue a separate action to seek payment of FLSA overtime at issue in this case.

IF YOU DO NOT WANT TO "OPT-IN" TO THE LAWSUIT: You do not lose the right to seek payment of FLSA overtime pay that might be owed to you but would have to file a separate lawsuit against Howard County to recover such pay.

If you choose to "opt-in" to be part of this collective action, then you agree to be represented by attorney **Leonard H. Pazulski, Esq.**, who represents the three police officer plaintiffs who filed the lawsuit, PFC Rodriguez, Sgt. Stavrou, and retired officer Camp. These representative plaintiff police officers would act as your representatives and may make certain decisions in the litigation on behalf of all members of the collective action, including decisions that may relate to the method and manner of conducting the litigation, agreeing on any settlement and the terms of a settlement, or entering into an agreement with Mr. Pazulski regarding payment of attorneys' fees and litigation costs. If you join the lawsuit, decisions and agreements made by the three representative police officers will also be binding on you.

Howard County is represented by: **Gary Kuc, Esq., County Solicitor; Cynthia G. Peltzman, Senior Assistant County Solicitor, Melissa E. Goldmeier, Assistant County Solicitor; and Jamar Herry, Assistant County Solicitor,** who are attorneys in the Howard County Office of Law.

**DIRECTIONS TO "OPT-IN" TO THE COLLETIVE ACTION:** Return the attached "Opt-In" Consent Form via e-mail, fax, or regular mail before August 4, 2020, to:

**Leonard H. Pazulski, Esq.**
**5074 Dorsey Hall Drive, Suite 204**
**Ellicott City, Maryland 21042**
**Telephone: (443) 756-5227     Fax: (410) 531-8402     e-mail: lpazulski@aol.com**

**Any questions? Contact Plaintiffs' attorney, Leonard H. Pazulski, Esq. (443) 756-5227**

The Court takes no position regarding the merits of Plaintiffs' claims or Defendant's defenses. Do not telephone or contact the Court or the Clerk's office regarding this Notice.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.      *

     Plaintiffs,      *

     v.      *      Civil Action No.:

HOWARD COUNTY, MARYLAND      *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
     *

     Defendant

     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____      Date: 7/30/2020
Signature

Garrett Fogle
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: _June 10 2020_
Signature

_Demetrius T. Fortson_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____       Date: 6/10/2020
Signature

_____Stephen Fowler_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: June 19, 2020

David Francis

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
　　　　　　　　　　　　　　　　　　　　*
　　　Defendant
　　　　　　　　　　　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____　　　　Date: 7/30/2020
Signature

BIANCA FRANCOEUR
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_Leeza Franks_                    Date: _6/9/2020_
Signature

_SGT. LEEZA FRANKS ID# 4708_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *      Civil Action No.:

HOWARD COUNTY, MARYLAND                         *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                  *

                                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: _6/16/2020_
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

　　　　　　　　　　　　　　　　*

　　　Defendant　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


_PFC Brandon Frazee_
Signature　　　　　　　　　　Date: _6/15/2020_

_Brandon Frazee_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/8/2020
Signature

Justin R. Frei     5843
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 7/28/2020

FRANCES FRENCH

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/28/2020

Signature

Brenda Fullmer

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.         \*

     Plaintiffs,              \*

     v.                      \*      Civil Action No.:

HOWARD COUNTY, MARYLAND    \*      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

                              \*

     Defendant              \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.

_____    Date: 7-28-20
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *     Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | *     1:19-cv-02077-CCB |
| | * |
| Defendant | * |

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____
Signature

Date: 6/17/2020

_____
Toby Fulton (Sgt)
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　*　　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　*　　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

　　　Defendant　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## <u>CONSENT TO BECOME A PARTY PLAINTIFF</u>

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/8/2020

Signature

CHRISTOPHER P. FUNK

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____       Date: 6/11/2020
Signature

_Candace Futrell_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 10-15-2020
Signature

_____
Name of Party Plaintiff (please print your name legibly)

molly L. Gale

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____      Date: 6/16/20
Signature

JOSEPH      GALLINA
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: 08/18/2020
Signature

HENRY R. GARRISON
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: 6-9-20
Signature

SEAN GARROWAY
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.              *

      Plaintiffs,                   *

      v.                       *      Civil Action No.:

HOWARD COUNTY, MARYLAND      *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

                              *

      Defendant                *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

John V. Gazmen
Signature                Date:  6-13-20

John V. Gazmen
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　*

　　　Plaintiffs,　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　*　　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　*　　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
　　　　　　　　　　　　　　　　　　*

　　　Defendant　　　　　　　　　　*

*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/12/2020

Signature

Austin-Michael George

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date: 7/28/2020
Signature

CHRISTOPHER  GEORGOPOULOS
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/16/2020

Signature

SHAWN GERMAIN

Name of Party Plaintiff (please print your name legibly)