IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/12/20

Signature

Jun Ma

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                          *

    Plaintiffs,                                              *

    v.                                                          *          Civil Action No.:

HOWARD COUNTY, MARYLAND                              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                     *
    Defendant
                                                     *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

Ronald Eugene Mabe II    Date: 7/2/2020
Signature

RONALD EUGENE MABE II
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,          *

    v.          *          Civil Action No.:

HOWARD COUNTY, MARYLAND          *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
              *

    Defendant          *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: 6/9/2020
Signature

LT. Scott W. Magee
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____        Date: 6/24/20
Signature

THOMAS MARELLO
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                  *

    v.                                           *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant
                                                *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/11/2020
Signature

Jose R. Marichal Jr
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/9/2020
Signature

_Michael John Marino Jr_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *

    Defendant                                  *

                                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_Jennifer Markley_____          Date: _7-30-2020_
Signature

_Jennifer Markley #5520_____
Name of Party Plaintiff (please print your name legibly)

Scanned with CamScar

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                          *

    Plaintiffs,                                    *

    v.                                             *      Civil Action No.:

HOWARD COUNTY, MARYLAND                              *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                   *

    Defendant                                      *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____          Date: _7/30/2020_
Signature

_PFC. KELLY MARKLEY #5713_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature _____     Date: 6-16-2020

ARTHUR JOHN MARTIN III
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                  *

    Plaintiffs,                                      *

    v.                                                    *       Civil Action No.:

HOWARD COUNTY, MARYLAND                 *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                            *

    Defendant                                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____                    Date: 8/18/2020
Signature

Christopher Martin
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.         *

    Plaintiffs,                 *

    v.                      *    Civil Action No.:

HOWARD COUNTY, MARYLAND    *    1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

                              *

    Defendant              *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/12/2020

_____
Signature

William Edward MARTIN
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.             *

      Plaintiffs,                   *

      v.                          *     Civil Action No.:

HOWARD COUNTY, MARYLAND      *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

                                 *

      Defendant               *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____          Date: _8/7/2020_

Signature

_Bryan Mason_

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____    Date: 7/28/2020

Signature

PFC Jonathan Mathews

Name of Party Plaintiff (please print your name legibly)

Scanned with CamScanner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Travis Moxley_                    Date: _6/8/20_
Signature

_Travis Moxley_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

DCPL Stacey McDaniel
Signature                          Date: 6-9-2020

DCPL STACEY MCDANIEL
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *       Civil Action No.:

HOWARD COUNTY, MARYLAND                         *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *

    Defendant
                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 7/23/2020

Signature

Shaun P. McGarvey

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6-10-2020
Signature

Todd  S.  McGill
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/10/2020
Signature

JOSEPH MICHAEL McQuILLAN
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____   Date: 7/29/2020
Signature

Amy Meek
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/10/2020
Signature

Brian E. Meekins
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *          Civil Action No.:

HOWARD COUNTY, MARYLAND                         *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/16/2020
Signature

MATTHEW MEHRER
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.            *

    Plaintiffs,                      *

    v.                               *     Civil Action No.:

HOWARD COUNTY, MARYLAND                *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                       *
    Defendant                        *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


*Matthew Mergenthaler*                    Date: __6/12/2020__
Signature

__MATTHEW MERGENTHALER__
Name of Party Plaintiff (please print your name legibly)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**If you were employed by the Howard County Police Department as a Police Sergeant, Police Lieutenant, Police Officer (Probationary), Police Officer, Police Officer First Class, and/or Police Corporal, currently or previously, and worked overtime hours at any time from July 16, 2017 through the present, this notice is to inform you that you may be eligible for reimbursement of overtime under the Fair Labor Standards Act (FLSA). This applies to both current sworn police officers and retired officers who were employed and worked overtime during the applicable time period.**

In July 2019, two current Howard County police officers (PFC Manuel Rodriguez and Sgt. Christopher Stavrou) and one retired officer (Penelope Camp) filed a suit in the United States District Court for the District of Maryland seeking payment of unpaid overtime under the FLSA. The suit is *Manuel Rodriguez, et al v. Howard County,* Maryland, case number 19-cv-2077-CCB.

**The United States District Court for the District of Maryland has authorized this notice and entered an order allowing this case to initially proceed as a "collective action." If you are entitled to payment of FLSA overtime, the purpose of this Notice is to advise you of the way to "opt in" to be included in the collective action and to potentially be awarded an award of unpaid FLSA overtime.**

The Howard County Government seeks an expeditious resolution of this lawsuit and wants to pay FLSA overtime wages to all employees who are owed them. Both parties encourage all Howard County police officers who might be eligible to receive an award of FLSA overtime to consider "opting in" as part of the collective action.

**IF YOU WANT TO "OPT-IN" TO THE LAWSUIT:** Complete and return the enclosed "Opt-In" Consent Form by August 4, 2020, using the instructions listed below. By "opting-in," you will be part of the collective action currently pending in federal court and may be eligible to receive an award of unpaid FLSA overtime and possibly other monetary damages. By "opting-in," you agree that your rights to FLSA overtime would be determined in this collective action and that you will not pursue a separate action to seek payment of FLSA overtime at issue in this case.

**IF YOU DO NOT WANT TO "OPT-IN" TO THE LAWSUIT:** You do not lose the right to seek payment of FLSA overtime pay that might be owed to you but would have to file a separate lawsuit against Howard County to recover such pay.

If you choose to "opt-in" to be part of this collective action, then you agree to be represented by attorney **Leonard H. Pazulski, Esq.**, who represents the three police officer plaintiffs who filed the lawsuit, PFC Rodriguez, Sgt. Stavrou, and retired officer Camp. These representative plaintiff police officers would act as your representatives and may make certain decisions in the litigation on behalf of all members of the collective action, including decisions that may relate to the method and manner of conducting the litigation, agreeing on any settlement and the terms of a settlement, or entering into an agreement with Mr. Pazulski regarding payment of attorneys' fees and litigation costs. If you join the lawsuit, decisions and agreements made by the three representative police officers will also be binding on you.

Howard County is represented by: **Gary Kuc, Esq., County Solicitor; Cynthia G. Peltzman, Senior Assistant County Solicitor, Melissa E. Goldmeier, Assistant County Solicitor; and Jamar Herry, Assistant County Solicitor,** who are attorneys in the Howard County Office of Law.

**DIRECTIONS TO "OPT-IN" TO THE COLLETIVE ACTION:** Return the attached "Opt-In" Consent Form via e-mail, fax, or regular mail before August 4, 2020, to:

**Leonard H. Pazulski, Esq.**
**5074 Dorsey Hall Drive, Suite 204**
**Ellicott City, Maryland 21042**
**Telephone: (443) 756-5227     Fax: (410) 531-8402     e-mail: lpazulski@aol.com**

**Any questions? Contact Plaintiffs' attorney, Leonard H. Pazulski, Esq. (443) 756-5227**

The Court takes no position regarding the merits of Plaintiffs' claims or Defendant's defenses. Do not telephone or contact the Court or the Clerk's office regarding this Notice.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6/9/20
Signature

DAVID Metzler
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                          *

    v.                                   *     Civil Action No.:

HOWARD COUNTY, MARYLAND              *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                            *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/8/20
Signature

Nicholas S. Meyer
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *        Civil Action No.:

HOWARD COUNTY, MARYLAND                        *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                            *

    Defendant                                  *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/14/20

Signature

Michael Mianulli'
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

v.                                             *     Civil Action No.:

HOWARD COUNTY, MARYLAND                        *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *

    Defendant                                  *

                                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/12/20
Signature

Aaron Miller
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                      *

    v.                               *          Civil Action No.:

HOWARD COUNTY, MARYLAND              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                        *

                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____   Date: ___07/09/2020___
Signature

___Sarah L. Miller_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____   Date: 07/09/2020
Signature

Sarah L. Miller
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                          *

    v.                                   *          Civil Action No.:

HOWARD COUNTY, MARYLAND              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                            
                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: ___6/23/2020___
Signature

___PFC Stephanie Monte___
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6/11/20
Signature

Vincent Monteleone
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                              *

    Plaintiffs,                                          *

    v.                                                   *     Civil Action No.:

HOWARD COUNTY, MARYLAND                                  *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                        *
    Defendant                                            *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

    By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____                Date: 6/12/20
Signature

Peter A. Monti
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/15/2020
Signature

Brittany Moore
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                  *

    Plaintiffs,                              *

    v.                                       *        Civil Action No.:

HOWARD COUNTY, MARYLAND                      *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                             *
    Defendant                                
                                             *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: JULY 29, 2020
Signature

Jessica Morgan
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *      Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | *      1:19-cv-02077-CCB |
| | * |
| Defendant | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/9/2020

Signature

Colin Alexander Morningstar

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                    *

    v.                                             *          Civil Action No.:

HOWARD COUNTY, MARYLAND                         *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                      *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date:___7/29/2020___
Signature

___Jason  Morrill_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

　　　　　　　　　　　　　　　　　　　　*

　　　Defendant　　　　　　　　　　　　　*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____　　　　Date: 6/8/2020
Signature

/Francisco Moscoso
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____  Date: 6/16/2020
Signature

Sergeant Peter Moskala
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *        Civil Action No.:

HOWARD COUNTY, MARYLAND                        *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *
    Defendant                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 7/29/20
Signature

JOSHUA   P.   MOUTON
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_michael mui_                Date: _6-17-20_
Signature

_Michael Mui_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                           *

    v.                                                        *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                             *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*.  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____    Date: _8/18/2020_
Signature

_Matthew Mulholland_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/9/2020
Signature

_Phillip Mullinix_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

     Plaintiffs,                                 *

     v.                                          *    Civil Action No.:

HOWARD COUNTY, MARYLAND                        *    1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *
     Defendant
                                               *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date:___7/27/2020___
Signature

_____JAMES Myers_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 7/16/2020
Signature

__Beatrice Navarro__
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 07-09-20

_____
Signature

JASON V. Noble
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

      Plaintiffs,                                    *

  v.                                                  *       Civil Action No.:

HOWARD COUNTY, MARYLAND                        *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
      Defendant                                      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6-8-2020
Signature

Corey Nolan
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                        *

    v.                                                 *     Civil Action No.:

HOWARD COUNTY, MARYLAND                         *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                          *

                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


*Michael Nolan*                    Date: 6/8/2020
Signature

Michael Nolan
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_Kaai K. O'Brien_     Date: _7/28/2020_
Signature

_Katie K. O'Brien_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

     Plaintiffs,                                 *

v.                                             *        Civil Action No.:

HOWARD COUNTY, MARYLAND                        *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *

     Defendant                                   *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____ Date: 06/12/2020
Signature

Patrick B. O'Grady
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6 - 9 - 2020
Signature

Mark Orlosky
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date:_____07/26/2020_____
Signature

_____Matthew Paul_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.            *

    Plaintiffs,            *

    v.            *            Civil Action No.:

HOWARD COUNTY, MARYLAND            *            1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                *

    Defendant            *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Carlos Paulus_
Signature

Date: _6|11|2020_

_Carlos Paulus_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　　　　*

　　　v.　　　　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　　　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
　　　　　　　　　　　　　　　　　　　　*
　　　Defendant
　　　　　　　　　　　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____　　　　　Date: 06/09/2020
Signature

_Raymond Peele III_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                     *

    Plaintiffs,                                 *

    v.                                          *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant
                                                *

*     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____        Date: 6/9/20
Signature

DANTE PELUSO
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 06/11/2020

Signature

Zachary Perchinski

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 6/24/2020
Signature

Michael Pickett
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature _____   Date: __6/15/20__

__Christopher Piper__
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                              *

    v.                                       *       Civil Action No.:

HOWARD COUNTY, MARYLAND                         *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/15/2020
Signature

_____
Jeremiah Poehlman
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____        Date: 6/8/20
Signature

Robert G. Rabnar
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,          *

    v.          *          Civil Action No.:

                    *          1:19-cv-02077-CCB

HOWARD COUNTY, MARYLAND          *
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/8/2020
Signature

Susannah Raff
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                *

    Plaintiffs,                                        *

    v.                                                      *       Civil Action No.:

HOWARD COUNTY, MARYLAND                    *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                        *

    Defendant                                          *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_Patrick Rafferty_                          Date: _7/1/2020_
Signature

_Patrick Rafferty_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.*  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

Date: 6/8/2020
_____
Signature

Danielle Ramsdell
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


Signature

Date: 6/9/2020

Craig J. Ream

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                      *

    Plaintiffs,                                 *

    v.                                          *         Civil Action No.:

HOWARD COUNTY, MARYLAND                           *         1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                  *
    Defendant                                   *

                                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.

_____          Date: 6/14/2020
Signature

_____
Name of Party Plaintiff (please print your name legibly)

Charles Reed

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____
Signature

Date: 6/13/20

Brian Rear
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: ___6/9/2020___
Signature

CPL Erik Reid
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                  *

    Plaintiffs,                                  *

v.                                           *      Civil Action No.:

HOWARD COUNTY, MARYLAND                      *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                             *
    Defendant
                                             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____        Date: 6/12/2020
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                          *

    Plaintiffs,                                     *

    v.                                              *       Civil Action No.:

HOWARD COUNTY, MARYLAND                              *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                     *
    Defendant                                       
                                                     *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____        Date: 6/12/20
Signature

Jennifer Reidy-Hall
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | *   1:19-cv-02077-CCB |
| | * |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Nathan Rettig                    Date: 6-10-2020
Signature

Nathan Rettig
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                          *

    Plaintiffs,                                      *

    v.                                               *        Civil Action No.:

HOWARD COUNTY, MARYLAND                              *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                        *

                                                   *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____                     Date: ___7/22/20___
Signature

___Karen Melissa Reyes___
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                 *

    v.                                          *     Civil Action No.:

HOWARD COUNTY, MARYLAND                        *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *

    Defendant                                   *

                                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____                Date: _7-21-2020_
Signature

_Brent Riddle_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                      *

    Plaintiffs,                                  *

    v.                                           *        Civil Action No.:

HOWARD COUNTY, MARYLAND                           *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                  *

    Defendant                                    *

                              *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.*  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date:___6/11/2020___
Signature

Joseph M Riebau
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

*Tanya Riffle Burke*
Signature

Date: 7/27/2020

Tanya Riffle Burke
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Matthew M. Robine_    Date: _6/17/2020_
Signature

_Matthew M. Robine_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


C. Robinson                    Date: 6/8/2020
Signature

Christopher Robinson
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/16/2020
Signature

ROBERT RODRIGUEZ
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/11/2020

Signature

Jonathan Rohrbaugh

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.　　　　　　*

　　　Plaintiffs,　　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　　*　　Civil Action No.:

HOWARD COUNTY, MARYLAND　　　*　　1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

　　　Defendant　　　　　　　　　　*

*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____　　　Date: 6/8/2020
Signature

Andrew Rosebrough
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                              *

    v.                                                          *        Civil Action No.:

HOWARD COUNTY, MARYLAND                    *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                               *

                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____      Date: ___4/13/20___
Signature

___Thomas Rukamp_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____        Date: _06/09/2020_
Signature

_Chaz D. Runk_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                  *

    Plaintiffs,                              *

    v.                                       *        Civil Action No.:

HOWARD COUNTY, MARYLAND                       *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                              *

    Defendant                                *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____        Date:\_\_7/28/2020_____
Signature

_____PFC. Andrew Saffran 5823\_\_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND.
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                             *

    v.                                      *    Civil Action No.:

HOWARD COUNTY, MARYLAND                        *    1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *

    Defendant                               *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*.  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____          Date: 6-22-20
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.      *

    Plaintiffs,      *

    v.      *      Civil Action No.:

HOWARD COUNTY, MARYLAND      *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    *

    Defendant      *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/11/2020

John Salato

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                      *

    Plaintiffs,                                    *

    v.                                            *        Civil Action No.:

HOWARD COUNTY, MARYLAND                          *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                     *

                                 *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: __6-10-20__
Signature

PERRY ALLEN SAUERS JR
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *       Civil Action No.:

HOWARD COUNTY, MARYLAND                         *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                  *

                                               *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6-13-20
Signature

Ryan Shulsbury
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.         *

     Plaintiffs,                   *

     v.                         *      Civil Action No.:

HOWARD COUNTY, MARYLAND     *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

                                 *

     Defendant                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____      Date:_____2/28/2020_____
Signature

_____CPL Andrew Schlossnagle_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *    Civil Action No.: |
| HOWARD COUNTY, MARYLAND | *    1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | |
| | * |
| Defendant | * |

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: __7-29-20__
Signature

__OFFICER   RAFEH   SHAMS__
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *    Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | *    1:19-cv-02077-CCB |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/9/2020

_____
Signature

David Sharpe
_____
Name of Party Plaintiff (please print your name legibly)

Case 1:19-cv-02077-BPG    Document 38    Filed 08/29/20    Page 90 of 150

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____     Date: 7/24/2020
Signature

Kevin Shavatt
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

   Plaintiffs,                                 *

v.                                             *       Civil Action No.:

HOWARD COUNTY, MARYLAND                        *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

   Defendant                                   *

                                          *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 et

seq. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

Date: 6/12/20

Signature

Cpl Laura Shipley #5404     (Formerly L. Wilson +
Name of Party Plaintiff (please print your name legibly)          L. Bauer)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                      *

    v.                               *          Civil Action No.:

HOWARD COUNTY, MARYLAND              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                        
                                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Karl S. Shoffler_          Date: _6/11/2020_
Signature

_Karl S. SHOFFLER_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 8/18/2020

_____
Signature

John Simcox
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                  *

    Plaintiffs,                              *

    v.                                       *      Civil Action No.:

HOWARD COUNTY, MARYLAND                      *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                             *
    Defendant
                                             *

*     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____    Date: 6/10/2020
Signature

QUENTIN SENGO III
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 07/21/2020

Signature

Timothy M. Small

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.            *

    Plaintiffs,                          *

    v.                                   *     Civil Action No.:

HOWARD COUNTY, MARYLAND                 *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                        *

    Defendant                            *

                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Elaine J. Smith_____          Date: _7/26/20_____
Signature

_Elaine J. Smith_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                      *

    v.                               *       Civil Action No.:

HOWARD COUNTY, MARYLAND              *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                            *

    Defendant                        *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/9/2020
Signature

MATTHEW SMITH 5883
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                    *

    v.                                             *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *

    Defendant                                      *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6|8|2020

_____
Signature

ROCCO ANGELO SOVERO
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 7-15-2020

Signature

Jeffry L. Specht

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: OC. 11. 20

Signature

Christopher A STAFFORD

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/22/2020
Signature

_____Jonathan Stern_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.        *

     Plaintiffs,        *

     v.        *      Civil Action No.:

HOWARD COUNTY, MARYLAND        *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

      *

     Defendant

      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/10/2020
_____
Signature

Brandon Stickles
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.            *

    Plaintiffs,                    *

    v.                             *       Civil Action No.:

HOWARD COUNTY, MARYLAND                *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                       *
    Defendant                      *

                                       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


Date: 6/11/2020

_____
Signature

Zachary Stone
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*.  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____        Date:_____  6/9/2020
Signature

_____  Brian Tanhauser
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature _____     Date: 7/28/2020

MAtthew B. TANIS
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *       Civil Action No.:

HOWARD COUNTY, MARYLAND                         *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *

    Defendant                                  *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____        Date: 7/12/2020
Signature

Terrence O. Benn
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____               Date: 7-9-2020
Signature

Jeremy Terry #4942
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/13/2020
Signature

Antonio Thomas
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/11/2020

Sgt. Ryan J. Thomas

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                              *

      Plaintiffs,                                      *

      v.                                               *     Civil Action No.:

HOWARD COUNTY, MARYLAND                                  *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                      *

      Defendant

                                        *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and I believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201

et seq. I authorized through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


Date: 06·12-2020

Signature

MARK J. THOMEY

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                      *

    v.                                               *       Civil Action No.:

HOWARD COUNTY, MARYLAND                        *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                               *
    Defendant                                        *

*       *       *       *       *       *       *       *       *       *       *       *       *       *       *       *       *       *       *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 07/02/2020
Signature

___KEITH   THOMPSON_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                          *

     Plaintiffs,                                           *

     v.                                                    *      Civil Action No.:

HOWARD COUNTY, MARYLAND                              *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                      *
     Defendant                                             *

*     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


SGT P. Thorsui                    Date: 6·16·2020
Signature

SGT PERRY THORSNIK
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                          *

    v.                                   *     Civil Action No.:

HOWARD COUNTY, MARYLAND              *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                            
                                     *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_Kelly M. Tibbs_                     Date: _6|8|2020_
Signature

_KELLY M. TIBBS_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


Signature                                    Date: 7/25/2020

Allison Timmons
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/9/20

Signature

James Tippett

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,                      *

    v.                               *          Civil Action No.:

HOWARD COUNTY, MARYLAND              *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                     *
    Defendant                        *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____          Date: 7/29/20
Signature

_____Harold Tolbert_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                          *

    v.                                                   *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                            *

                                         *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/ 12/ 20
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature _____   Date: 6/9/2020

Thomas J. Townsend
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: _7/29/2020_____
Signature

THOMAS J. TRODDEN IV
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 6/8/20

_____
Signature

DARYN TROUT
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| MANUEL A. RODRIGUEZ, et al. | * |
| Plaintiffs, | * |
| v. | *      Civil Action No.: |
| HOWARD COUNTY, MARYLAND | *      1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | |
| | * |
| Defendant | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/12/2020

Desmond Oniel Tubman #5847
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                         *

     Plaintiffs,                                    *

     v.                                             *      Civil Action No.:

HOWARD COUNTY, MARYLAND                             *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                    *
     Defendant
                                                    *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.


_____                Date: 6-10-20
Signature

Edward Upton
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature _____    Date: 6/8/2020

CHRISTOPHER RICHARD VALENTINE
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6-8-2020
Signature

Julio Vargas
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                         *

    v.                                                    *     Civil Action No.:

HOWARD COUNTY, MARYLAND                         *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant
                                                *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____ #5614                    Date: __6/27/2020__
Signature

_____
Nicholas A. Ventura
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                        *

     Plaintiffs,                                 *

v.                                                 *    Civil Action No.:

HOWARD COUNTY, MARYLAND                            *    1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                   *

     Defendant                                   *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____    Date: _7/27/20_____
Signature

___Casey A. Viou_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                *

    v.                                         *     Civil Action No.:

HOWARD COUNTY, MARYLAND                         *     1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *

    Defendant                                  *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____      Date: 06/19/2020
Signature

ANTONIO VITALE
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/25/2020
Signature

DAVID VO
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.

    Plaintiffs,

v.

HOWARD COUNTY, MARYLAND
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant

Civil Action No.:

1:19-cv-02077-CCB

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Signature

Date: 6/8/2020

Eric Paul Ward
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/29/2020
Signature

_____
Wayne A. Weaver
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date:___6/9/2020___
Signature

___Jay  Daniel  Weber___
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____     Date: 6-12-20
Signature

Lambra Wergman
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: _06-12-2020_
Signature

_Christopher Weir_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                      *

    Plaintiffs,                                  *

    v.                                           *        Civil Action No.:

HOWARD COUNTY, MARYLAND                           *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                  *
    Defendant                                    *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *

### CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____5196_____        Date:____6/18/2020____
Signature

___Neil  J.  white_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

Date: 7/9/2020

Signature

TIMOTHY C. WILEY (SGT.)

Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date: 6/8/2020
Signature

_Christopher Williams_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____  Date: 6-14-2020
Signature

Guy R. Williams
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                    *

    v.                                             *      Civil Action No.:

HOWARD COUNTY, MARYLAND                         *      1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                      *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/10/20
Signature

_____
Michael R. Willingham
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_Stephen Willingham_                     Date: _6/12/20_
Signature

_Stephen Willingham_
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND<br>d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard
County Maryland as a police officer for some or all of the time during the period beginning on July
16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et
seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards
Act action and the filing and prosecution of same in my name and on behalf of all others similarly
situated.


_Karen Wilson_____        Date: _7/18/20_____
Signature

_Karen Wilson_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                  *

    v.                                           *        Civil Action No.:

HOWARD COUNTY, MARYLAND                         *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *
    Defendant                                    
                                                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____          Date: July 29, 2020
Signature

Steven Wittbecker
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                    *

    v,                                             *       Civil Action No.:

HOWARD COUNTY, MARYLAND                         *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                                *

    Defendant.                                     *

                                                *

*    *    *    *    *    *    *.    *    *    *    *    *    *    *    .*    .*    *    *    *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____               Date: 6/12/20
Signature

Serge Woctchou
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                *

      Plaintiffs,                              *

v.                                          *        Civil Action No.:

HOWARD COUNTY, MARYLAND                     *        1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
                                            *
      Defendant
                                            *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard

County Maryland as a police officer for some or all of the time during the period beginning on July

16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et*

*seq*. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards

Act action and the filing and prosecution of same in my name and on behalf of all others similarly

situated.

_____        Date: 6/29/2020
Signature

Paul Yodzis
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND d/b/a HOWARD COUNTY POLICE DEPARTMENT | * | 1:19-cv-02077-CCB |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____     Date:___7/21/2020___
Signature

_____Tae Won Yoon_____
Name of Party Plaintiff (please print your name legibly)

If you choose to "opt-in" to be part of this collective action, then you agree to be represented by attorney **Leonard H. Pazulski, Esq.**, who represents the three police officer plaintiffs who filed the lawsuit, PFC Rodriguez, Sgt. Stavrou, and retired officer Camp. These representative plaintiff police officers would act as your representatives and may make certain decisions in the litigation on behalf of all members of the collective action, including decisions that may relate to the method and manner of conducting the litigation, agreeing on any settlement and the terms of a settlement, or entering into an agreement with Mr. Pazulski regarding payment of attorneys' fees and litigation costs. If you join the lawsuit, decisions and agreements made by the three representative police officers will also be binding on you.

Howard County is represented by: **Gary Kuc, Esq., County Solicitor; Cynthia G. Peltzman, Senior Assistant County Solicitor, Melissa E. Goldmeier, Assistant County Solicitor; and Jamar Herry, Assistant County Solicitor,** who are attorneys in the Howard County Office of Law.

**DIRECTIONS TO "OPT-IN" TO THE COLLETIVE ACTION:** Return the attached "Opt-In" Consent Form via e-mail, fax, or regular mail before August 4, 2020, to:

**Leonard H. Pazulski, Esq.**
**5074 Dorsey Hall Drive, Suite 204**
**Ellicott City, Maryland 21042**
**Telephone: (443) 756-5227      Fax: (410) 531-8402      e-mail: lpazulski@aol.com**

**Any questions? Contact Plaintiffs' attorney, Leonard H. Pazulski, Esq. (443) 756-5227**

The Court takes no position regarding the merits of Plaintiffs' claims or Defendant's defenses. Do not telephone or contact the Court or the Clerk's office regarding this Notice.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                        *

    Plaintiffs,                                    *

v.                                                 *       Civil Action No.:

HOWARD COUNTY, MARYLAND                            *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant                                      *

                                                   *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 et seq. I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____    Date: 06/08/2020
Signature

James A. Zammillo
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MANUEL A. RODRIGUEZ, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: |
| HOWARD COUNTY, MARYLAND | * | 1:19-cv-02077-CCB |
| d/b/a HOWARD COUNTY POLICE DEPARTMENT | | |
| | * | |
| Defendant | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.*  I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/10/20
Signature

Yang Zhou
_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.                    *

    Plaintiffs,                                        *

    v.                                                 *       Civil Action No.:

HOWARD COUNTY, MARYLAND                         *       1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT

                                            *

    Defendant                                          *

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**CONSENT TO BECOME A PARTY PLAINTIFF**

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.


_____                    Date: 7/8/20
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.          *

    Plaintiffs,          *

    v.          *          Civil Action No.:

HOWARD COUNTY, MARYLAND          *          1:19-cv-02077-CCB
d/b/a HOWARD COUNTY POLICE DEPARTMENT
              *

    Defendant          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____          Date: 6/23/20
Signature

_____
Name of Party Plaintiff (please print your name legibly)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MANUEL A. RODRIGUEZ, et al.

    Plaintiffs,

    v.

HOWARD COUNTY, MARYLAND
d/b/a HOWARD COUNTY POLICE DEPARTMENT

    Defendant

Civil Action No.:

1:19-cv-02077-CCB

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO BECOME A PARTY PLAINTIFF

By my signature below, I represent to the Court that I have been employed by Howard County Maryland as a police officer for some or all of the time during the period beginning on July 16, 2017, and believe I have not been paid all overtime wages due pursuant to 29 U.S.C. §§ 201 *et seq.* I authorize through this Consent, my participation as a plaintiff in this Fair Labor Standards Act action and the filing and prosecution of same in my name and on behalf of all others similarly situated.

_____
Signature

Date: 6/9/2020

_____
WADE B. ZUFALL II
Name of Party Plaintiff (please print your name legibly)